No. 538. JOHNSON ET AL. *v.* STATE HIGHWAY COMMISSION OF SOUTH CAROLINA ET AL. Argued February 24, 1930. Decided March 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the Act of February 13,

1925 (43 Stat. 936, 938), certiorari is denied. *Mr. L. G. Southard* for appellants. *Messrs. John M. Daniel,* Attorney General of South Carolina, *Cordie Page* and *J. Ivey Humphrey,* Assistant Attorneys General, *William C. Wolfe, Mendel L. Smith, R. E. Whiting,* and *C. C. Wyche* on the brief for appellees.